# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BONG LEE,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| v. | : | **NO. 17-2218** |
| **CITY OF CHESTER, et al.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this __29th____ day of October 2019, upon consideration of Defendant's Motion for Summary Judgment ("Motion") (Doc. 16), Plaintiff' Response in Opposition (Doc. 19), and Defendant's Reply (Doc. 20), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that Plaintiff's state law intentional infliction of emotional distress claim be remanded to the Delaware County Court of Common Pleas. The Clerk of the Court shall mark this matter as **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated October _29th_, 2019.